**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: William Edward Webb Jr.  
       Carol A. Webb  
            Debtor(s)

CHAPTER 13

BKY. NO. 19-70732 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

Respectfully submitted,

/s/ **Brian C. Nicholas**  
Brian Nicholas  
22 Oct 2020, 13:08:17, EDT

Brian C. Nicholas, Esquire  
Attorney I.D. No. 317240  
KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
412-430-3594  
bkgroup@kmllawgroup.com