# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **) Bankruptcy No.** 19-70732-JAD |
| William Edward Webb Jr. and | ) |
| Carol A. Webb, | **) Chapter** 13 |
| **Debtors,** | ) |
| William Edward Webb Jr. and | **) Related Document No.** |
| Carol A. Webb**,** | **) Hearing Date:** 01/08/21 @ 11:00 a.m. |
| **Movants,** | **) Response Due:** 12/14/20 |
| **vs.** | ) |
| Bank of America, N.A., | ) |
| **Respondent.** | **) Document No.** |

### NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE
### REGARDING MOTION OF William Edward Webb, Jr. and Carol A. Webb
### FOR Objection to Notice of Mortgage Payment Change by Bank of America

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **December 14, 2020** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules Of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the Judge's calendar posted on the Court's web site at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on **January 8, 2021, at 11:00 a.m.** before Judge Jeffery A. Deller via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing, please initiate and use the following link at least ten (10) minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16009283473, or alternatively, you may use the following Meeting ID: 160 0928 3473. All participants are required to appear by Zoom and must comply with the *Notice of Temporary Modification of Procedures Before the Honorable Jeffery A. Deller For Matters Scheduled On or After January 1, 2021*, which can be found on the Court's website at http://www.pawb.uscourts.gov/content/judge-jeffery-deller.

Persons without video conferencing capabilities must immediately contact Chambers staff at (412) 644-4710 to make alternative arrangements. Absent emergency circumstances, such arrangements must be made no later than three (3) business days prior to the hearing.

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

**Date of Service:** November 25, 2020

**BY:**  /s/ Mark B. Peduto
**Mark B. Peduto, Esquire**
**PA I.D. No. 62923**
**mpeduto@c-vlaw.com**
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **) Bankruptcy No.** 19-70732-JAD |
| William Edward Webb Jr. and | ) |
| Carol A. Webb, | **) Chapter** 13 |
| **Debtors,** | ) |
| William Edward Webb Jr. and | **) Related Document No.** |
| Carol A. Webb**,** | **) Hearing Date:** 01/08/21 @ 11:00 a.m. |
| **Movants,** | **) Response Due:** 12/14/20 |
| **vs.** | ) |
| Bank of America, N.A., | ) |
| **Respondent.** | **) Document No.** |

**CERTIFICATE OF SERVICE OF NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE AND OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE BY BANK OF AMERICA**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 25, 2020.

**Service by First-Class Mail**:
William & Carol Webb 312 Robinson Avenue Johnstown, PA 15905

**Service by NEF**:
Jerome B. Blank on behalf of Creditor Bank Of America, N.A.; pawb@fedphe.com
Brian Nicholas on behalf of Creditor Bank Of America, N.A.; bnicholas@kmllawgroup.com
Thomas Song on behalf of Creditor Bank Of America, N.A.; pawb@fedphe.com
Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First-Class Mail or Electronic Notification.
If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**Executed on:**  November 25, 2020            /s/ Mark B. Peduto
                                              **Mark B. Peduto, Esquire**
                                              **PA I.D. No. 62923**
                                              **mpeduto@c-vlaw.com**
                                              **CALAIARO VALENCIK**
                                              **938 Penn Avenue, Suite 501**
                                              **Pittsburgh, PA  15222-3708**
                                              **(412) 232-0930**