# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Bankruptcy No.** 19-70732-JAD |
| William Edward Webb Jr. and | ) |
| Carol A. Webb, | ) **Chapter** 13 |
| **Debtors,** | ) |
| William Edward Webb Jr. and | ) **Related Document No.** 67-68 |
| Carol A. Webb**,** | ) **Hearing Date:** 01/08/21 @ 11:00 a.m. |
| **Movants,** | ) **Response Due:** 12/14/20 |
| vs. | ) |
| Bank of America, N.A., | ) |
| **Respondent.** | ) Document No. |

## CERTIFICATION OF NO OBJECTION REGARDING
## OBJECTION TO NOTICE OF MORTGAGE PAYMENT
## CHANGE BY BANK OF AMERICA
## - Document No. 67

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Objection to Notice of Mortgage Payment Change by Bank of America** filed on November 25, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Objection to Notice of Mortgage Payment Change by Bank of America** appears thereon. Pursuant to the Notice of Hearing, objections to the **Objection to Notice of Mortgage Payment Change by Bank of America** were to be filed and served no later than December 14, 2020.

It is hereby respectfully requested that the Order attached to the **Objection to Notice of Mortgage Payment Change by Bank of America** be entered by the Court.

**Dated:**  December 15, 2020         **BY:**   /s/ Mark B. Peduto
                                       **Mark B. Peduto, Esquire**
                                       **PA I.D. No. 62923**
                                       **mpeduto@c-vlaw.com**

                                       **CALAIARO VALENCIK**
                                       **938 Penn Avenue, Suite 501**
                                       **Pittsburgh, PA  15222-3708**
                                       **(412) 232-0930**