FILED
12/28/20 9:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** <br> William Edward Webb Jr. and <br> Carol A. Webb, <br>         **Debtors,** <br> William Edward Webb Jr. and <br> Carol A. Webb, <br>         **Movants,** <br>         **vs.** <br> Bank of America, N.A., <br>         **Respondent.** | **DEFAULT O/E JAD** <br><br> Bankruptcy No. 19-70732-JAD <br><br> Chapter 13 <br><br> Related To Doc. No. 67 |

### ORDER OF COURT

**AND NOW**, this 28th day of December, 2020, upon consideration of the Debtors' Objection to Notice of Mortgage Payment Change, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

The Notice of Mortgage Payment Change filed November 5, 2020, is stricken as void and unenforceable.

By the Court,

_____
**Honorable Jeffery A. Deller United States Bankruptcy Court**

**CASE ADMINISTRATOR SHALL SERVE:**
Carol A. and William E. Webb, Jr.
Mark B. Peduto, Esquire
Brian C. Nicholas, Esquire
Ronda J. Winnecour, Esquire
Office of United States Trustee