Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **William Edward Webb Jr.** | : | Case No. 19−70732−JAD |
| **Carol A. Webb** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Related to Doc. #75 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

   *AND NOW,* this *The 27th of August, 2021,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

   (1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

   (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4) The Clerk shall give notice to all creditors of this dismissal.

                       <u>Jeffery A. Deller</u>
                        United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William Edward Webb, Jr.  
Carol A. Webb  
    Debtors

Case No. 19-70732-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: skoz      Page 1 of 3  
Date Rcvd: Aug 27, 2021      Form ID: 309      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Edward Webb, Jr., Carol A. Webb, 312 Robinson Avenue, Johnstown, PA 15905-3138 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Pinnacle Service Solutions LLC, Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219, UNITED STATES 14219-2553 |
| 15166919 | + | Comenity Bank/Giant Eagle, P.O. Box 788, Kirkland, WA 98083-0788 |
| 15166921 | + | Encircle Collections I, Attn: Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 15166926 | + | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15166928 | + | Peoples Natural Gas Company, c/o James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15166929 | | Phelan Hallinan Diamond & Jones LLP, Attn: Abigail Brunner, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 15190239 | + | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell NY 14219-2553 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Aug 28 2021 03:18:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15188723 | | EDI: GMACFS.COM | Aug 28 2021 03:18:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15166916 | | EDI: GMACFS.COM | Aug 28 2021 03:18:00 | Ally Financial, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 15198236 | | EDI: BANKAMER.COM | Aug 28 2021 03:18:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 15166917 | + | EDI: BANKAMER.COM | Aug 28 2021 03:18:00 | Bank of America, N.A. Succesor, By Merger To BAC Home Loans Servicing, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 15166918 | + | Email/Text: bankruptcy@cavps.com | Aug 27 2021 23:21:00 | Calvary Portfolio Services, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2322 |
| 15196724 | + | Email/Text: bankruptcy@cavps.com | Aug 27 2021 23:21:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15166920 | + | EDI: DIRECTV.COM | Aug 28 2021 03:18:00 | Direct TV, c/o American Info Source, P.O. Box 5008, Carol Stream, IL 60197-5008 |
| 15166922 | + | EDI: JEFFERSONCAP.COM | Aug 28 2021 03:18:00 | First Premier Bank, Jefferson Capital Systems LLC, P.O. Box 7999, Saint Cloud, MN 56302-7999 |
| 15166923 | | EDI: IRS.COM | Aug 28 2021 03:18:00 | Internal Revenue Service, Insolvency Unit, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15166924 | | EDI: JEFFERSONCAP.COM | Aug 28 2021 03:18:00 | Jefferson Capital, P.O. Box 7999, Saint Cloud, MN 56302 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 15191593 | | EDI: JEFFERSONCAP.COM | Aug 28 2021 03:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15169546 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2021 23:22:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15166925 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2021 23:22:47 | LVNV Funding, LLC assignee of FNBM,LLC, Reasurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15166927 | + | EDI: MID8.COM | Aug 28 2021 03:18:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 15185057 | + | Email/Text: ecfbankruptcy@progleasing.com | Aug 27 2021 23:21:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, Utah 84020-2315 |
| 15180742 | | EDI: PRA.COM | Aug 28 2021 03:18:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15190418 | + | EDI: JEFFERSONCAP.COM | Aug 28 2021 03:18:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 15190235 | | EDI: Q3G.COM | Aug 28 2021 03:18:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15166930 | + | EDI: AIS.COM | Aug 28 2021 03:18:00 | Verizon, by American InfoSource as agent, P.O. Box 4457, Houston, TX 77210-4457 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank Of America, N.A. |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 31785, TAMPA, FL 33631-3785 |
| 15192477 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 15193428 | * | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bank Of America N.A. bnicholas@kmllawgroup.com |

| District/off: 0315-7 | User: skoz | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2021 | Form ID: 309 | Total Noticed: 29 |

David Z. Valencik
    on behalf of Joint Debtor Carol A. Webb dvalencik@c-vlaw.com
    cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

David Z. Valencik
    on behalf of Debtor William Edward Webb Jr. dvalencik@c-vlaw.com,
    cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com;mpeduto@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Jerome B. Blank
    on behalf of Creditor Bank Of America N.A. pawb@fedphe.com

Mark B. Peduto
    on behalf of Joint Debtor Carol A. Webb mpeduto@c-vlaw.com
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Mark B. Peduto
    on behalf of Debtor William Edward Webb Jr. mpeduto@c-vlaw.com,
    jadam@c-vlaw.com;ssimmons@c-vlaw.com;kmosur@c-vlaw.com;apratt@c-vlaw.com;rfeil@c-vlaw.com;eratti@c-vlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor Bank Of America N.A. pawb@fedphe.com

TOTAL: 10