**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    WILLIAM EDWARD WEBB, JR.
    CAROL A. WEBB
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Respondents.

Case No.:19-70732 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/04/2019 and confirmed on 01/30/2020. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,015.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,015.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,152.72 | |
|   Trustee Fee | 925.22 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,077.94 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF AMERICA NA** | 618.96 | 618.96 | 0.00 | 618.96 |
|   Acct: 7346 | | | | |
| BANK OF AMERICA NA** | 1,858.18 | 1,858.18 | 0.00 | 1,858.18 |
|   Acct: 7346 | | | | |
| BANK OF AMERICA NA** | 0.00 | 5,619.07 | 0.00 | 5,619.07 |
|   Acct: 7346 | | | | |
| BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7346 | | | | |
| ALLY BANK(*) | 10,350.00 | 1,481.94 | 807.95 | 2,289.89 |
|   Acct: 0678 | | | | |
| MARINER FINANCE LLC | 5,890.08 | 0.00 | 396.27 | 396.27 |
|   Acct: 5112 | | | | |
| | | | | 10,782.37 |
| **Priority** | | | | |
| DAVID Z VALENCIK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| WILLIAM EDWARD WEBB, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
|   CALAIARO VALENCIK | 2,250.00 | 2,152.72 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CALAIARO VALENCIK | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 3,986.16 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXX0549 | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXX0549 | | | | |
|   PEOPLES NATURAL GAS COMPANY LLC** | 0.00 | 154.69 | 0.00 | 154.69 |
|     Acct: 8822 | | | | |
|   BANK OF AMERICA NA** | 650.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7346 | | | | |
| | | | | 154.69 |
| **Unsecured** | | | | |
|   CAVALRY INVESTMENTS LLC - ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3779 | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7416 | | | | |
|   AMERICAN INFOSOURCE LP - AGENT DIRE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ENCIRCLE CHECK COLLECTION INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8637 | | | | |
|   PREMIER BANKCARD LLC; JEFFERSON C/ | 935.74 | 0.00 | 0.00 | 0.00 |
|     Acct: 5625 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 436.72 | 0.00 | 0.00 | 0.00 |
|     Acct: 4614 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 757.23 | 0.00 | 0.00 | 0.00 |
|     Acct: 6845 | | | | |
|   MARINER FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1216 | | | | |
|   MARINER FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3914 | | | | |
|   MIDLAND FUNDING LLC | 850.67 | 0.00 | 0.00 | 0.00 |
|     Acct: 6676 | | | | |
|   PEOPLES NATURAL GAS COMPANY LLC** | 2,206.25 | 0.00 | 0.00 | 0.00 |
|     Acct: 3451 | | | | |
|   AMERICAN INFOSOURCE LP AGENT FOR \ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL( | 1,090.87 | 0.00 | 0.00 | 0.00 |
|     Acct: 7925 | | | | |
|   INTERNAL REVENUE SERVICE* | 2,311.71 | 0.00 | 0.00 | 0.00 |
|     Acct: 7906 | | | | |
|   NPRTO NORTH-EAST LLC | 505.65 | 0.00 | 0.00 | 0.00 |
|     Acct: 2354 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 447.89 | 0.00 | 0.00 | 0.00 |
|     Acct: 7863 | | | | |
|   PREMIER BANKCARD LLC; JEFFERSON C/ | 960.14 | 0.00 | 0.00 | 0.00 |
|     Acct: 4372 | | | | |
|   PREMIER BANKCARD LLC; JEFFERSON C/ | 560.39 | 0.00 | 0.00 | 0.00 |
|     Acct: 3604 | | | | |
|   QUANTUM3 GROUP LLC AGNT - CF MEDIC, | 741.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6106 | | | | |
|   PINNACLE SERVICE SOLUTIONS LCC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0183 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 1,068.08 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 19-70732 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   ALLY BANK(*) | 1,269.75 | 0.00 | 0.00 | 0.00 |
|     Acct: 0678 | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   S JAMES WALLACE ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AIS PORTFOLIO SERVICES (AMERICAN INF | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

*** N O N E ***

| | |
|---|---|
| **TOTAL PAID TO CREDITORS** | **10,937.06** |

TOTAL CLAIMED
PRIORITY            4,636.16
SECURED            18,717.22
UNSECURED        14,142.09

Date: 09/30/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com